```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN WHITE,                      )
                                  )  Civil Action
            Plaintiff             )  No. 09-cv-04353
                                  )
      vs.                         )
                                  )
JACK BROMMER,                     )
BOROUGH OF COLUMBIA and           )
MATTHEW LEDDY,                    )
                                  )
            Defendants            )
```

O R D E R

Now, this 16th day of August, 2011, upon consideration of the following documents:

> (1) Motion of Defendants for Summary Judgment filed April 7, 2011 (Document 33); together with
>
>> Defendants' Brief in Support of Their Motion for Summary Judgment, which brief was filed April 7, 2011 (Document 33-1); and
>>
>> Defendants' Statement of Undisputed Material Facts filed April 7, 2011 (Document 33-23);
>
> (2) Plaintiff's Brief in Response to Defendants' Motion for Summary Judgment, which brief was filed April 28, 2011 (Document 35); and
>
> (3) Plaintiff's Motion for Summary Judgment filed April 14, 2011 (Document 34); together with
>
>> Plaintiff's Memorandum of Law in Support of His Motion for Summary Judgment, which memorandum was filed April 14, 2011 (Document 34);
>
> (4) Defendants' Brief in Opposition to Plaintiff's Motion For Summary Judgment,

     which brief was filed May 4, 2011 (Document 36-1); together with

       Defendants' Response to Plaintiff's Material Facts for Summary Judgment, which response was filed May 4, 2011 (Document 36); and

 (5) Amended Complaint filed October 22, 2010 (Document 19);

and for the reasons expressed in the accompanying Opinion,

 <u>IT IS ORDERED</u> that the Motion of Defendants for Summary Judgment is granted.

 <u>IT IS FURTHER ORDERED</u> that Plaintiff's Motion for Summary Judgment is denied.

 <u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of defendants Jack Brommer, Borough of Columbia and Matthew Leddy and against plaintiff Brian White on plaintiff's Amended Complaint.

 <u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this case closed for statistical purposes.

        BY THE COURT:


        /s/ JAMES KNOLL GARDNER
        James Knoll Gardner
        United States District Judge